**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DARLENE RICHARDSON,

    Plaintiff.

vs.                                                                          CASE NO. 8:15-CIV-2198-T-EAK-JSS

VIRTUOSO SOURCING GROUP, L.L.C.,

    Defendant.

_____/

**<u>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT</u>**

This cause is before the Court on the Plaintiff's motion for default judgment (Doc. 15). There has been no timely response from the Defendant on this matter. The Plaintiff seeks judgment for violations of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227, *et. seq.*, (hereafter "TCPA"), violations of the Florida Consumer Collection Practices Act, sections 559.55, *et. seq.*, Florida Statutes (hereafter "FCCPA"), and violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et. seq.*, (hereafter"FDCPA"), in the amount $124,500.00 the maximum statutory damages allowed for the violations. The facts are accepted as true as default has been entered against the Defendant. The following facts were established by the Plaintiff, unopposed by the Defendant. Defendant called the Plaintiff's cellular telephone number ending in - 7570 eighty-six (86) times for non-emergency purposes using an automatic telephone dialing system (ATDS) without the Plaintiff's prior express consent. The Court finds the Plaintiff's arguments persuasive and

adopts those facts and legal arguments herein.  Accordingly, it is

**ORDERED** that the motion for default judgement be **granted** and the Clerk of Court is directed to enter judgment for the Plaintiff and against the Defendant in the amount of $124,500.00 plus court costs and attorney's fees and to close this case.  The Court reserves jurisdiction to address a motion for attorney's fees if it is filed.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 11th day of April, 2016.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record