UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARLENE RICHARDSON,

    Plaintiff,

v.                                                            Case No: 8:15-cv-2198-T-17JSS

VIRTUOSO SOURCING GROUP, L.L.C.,

    Defendant.
_____/

**ORDER ON PLAINTIFF'S MOTION FOR ORDER DIRECTING VIRTUOSO SOURCING GROUP, LLC TO COMPLETE FACT INFORMATION SHEET**

THIS MATTER is before the Court on Plaintiff's Motion for Order Directing Defendant Virtuoso Sourcing Group, LLC to Complete Fact Information Sheet ("Motion"). (Dkt. 18.) Defendant has not responded to the Motion. Upon consideration, the Motion is granted.

**BACKGROUND**

In September of 2015, Plaintiff filed a complaint against Defendant, alleging Defendant's conduct violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, the Florida Consumer Collection Practices Act, Florida Statutes, Chapter 559.55, *et seq.*, and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

Plaintiff served Defendant (Dkt. 5), but Defendant did not respond to the complaint. Therefore, Plaintiff moved for the Clerk's entry of default against Defendant (Dkt. 8), which the Clerk entered on October 15, 2015. (Dkt. 9.) Thereafter, Plaintiff moved for a default judgment against Defendant. (Dkt. 15.) The Court granted Plaintiff's motion for a default judgment (Dkt. 16), and the Clerk entered a default judgment in Plaintiff's favor against Defendant in the amount of $124,500.00, plus court costs and attorney's fees. (Dkt. 17.)

**ANALYSIS**

In the Motion, Plaintiff seeks discovery to aid her in executing on the default judgment. (Dkt. 18.) Specifically, Plaintiff seeks an order requiring Defendant to complete Form 1.977(b) of the Florida Rules of Civil Procedure, which is a "Fact Information Sheet" for business entities. *See* Fla. R. Civ. P. Form 1.977(b). Under Florida Rule of Civil Procedure 1.560(a), a judgment creditor may obtain discovery to aid a judgment creditor's execution of a judgment. Fla. R. Civ. P. 1.560(a). Upon a judgment creditor's request, the Court "shall order the judgment debtor . . . to complete form 1.977, including all required attachments, within 45 days of the order" and "[f]ailure to obey the order may be considered contempt of court." Fla. R. Civ. P. 1.560(b).

Florida Rule of Civil Procedure 1.560(b) is made applicable to this proceeding by Federal Rule of Civil Procedure 69(a)(2), which governs the discovery a judgment creditor may obtain in aid of the judgment's execution. Fed. R. Civ. P. 69(a)(2). Federal Rule 69(a)(2) provides that "[i]n aid of the judgment . . . the judgment creditor . . . may obtain discovery from any person—including the judgment debtor—*as provided in these rules or by the procedure of the state where the court is located.*" Fed. R. Civ. P. 69(a)(2) (emphasis added).

Therefore, Federal Rule 69(a)(2) provides Plaintiff, as a judgment creditor, with "the choice of federal or state discovery procedures to conduct post-judgment discovery." *In re Clerici*, 481 F.3d 1324, 1337 (11th Cir. 2007); *United States v. McWhirter*, 376 F.2d 102, 106 (5th Cir. 1967) (stating that Federal Rule 69(a) "permits the use of state discovery practice.")[1]; *PNC Bank, N.A. v. Starlight Properties & Holdings, LLC*, No. 6:13-CV-408-ORL, 2014 WL 2574040, at *2 (M.D. Fla. June 9, 2014) (entering default judgment and requiring the judgment debtors to complete Form 1.977); *PNC Bank, N.A. v. Kimbrough & Associates, LLC*, No. 6:13-CV-

---

[1] *Bonner v. City of Prichard, Ala.*, 661 F.2d 1206, 1209 (11th Cir. 1981) (adopting as binding the decisions of the Fifth Circuit that existed on September 30, 1981).

1558ORL28KRS, 2015 WL 327533, at *13 (M.D. Fla. Jan. 23, 2015) (same); *Am. Home Assur. Co. v. Weaver Aggregate Transp., Inc.*, 298 F.R.D. 692, 693 (M.D. Fla. 2014) (granting judgment creditor's motion to require judgment debtors to complete and serve Form 1.977).

Accordingly, it is

**ORDERED**:

1. Plaintiff's Motion (Dkt. 18) is **GRANTED**.

2. Defendant is directed to complete under oath Form 1.977(b) of the Florida Rules of Civil Procedure, including all required attachments, and serve it on Plaintiff's counsel within forty-five (45) days of entry of this Order.

3. Plaintiff's request for attorneys' fees and costs incurred in bringing the Motion is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on June 7, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

Virtuoso Sourcing Group, LLC
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525